**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:25-cv-02984-RMR-STV

SAMUEL JAMES HERRERA,

Plaintiff,

v.

ZILLOW GROUP,

Defendant.

---

**MOTION TO WITHDRAW LIBBY R. VALENZUELA AS COUNSEL FOR DEFENDANT**

---

Pursuant to D.C.COLO.LAttyR5, Libby R. Valenzuela of the law firm Littler Mendelson, P.C. respectfully moves this Court for an Order permitting her to withdraw as counsel of record for Defendant Zillow Group ("Defendant"), stating as follows:

1. Ms. Valenzuela seeks to withdraw from this action due to staffing changes necessary based on Ms. Valenzuela's upcoming departure from Littler Mendelson, P.C.

2. Mr. Kirkpatrick and Ms. McGuire will remain as counsel for Defendant.

3. The withdrawal of Ms. Valenzuela will not delay these proceedings or prejudice any party.

4. A true and correct copy of this Motion is being served on Defendant via electronic mail.

WHEREFORE, undersigned counsel respectfully requests that the Court grant her motion to withdraw as counsel for Defendant.

Respectfully submitted this 13th day of February, 2026.

*s/ Libby R. Valenzuela*
Joshua Kirkpatrick
Libby R. Valenzuela
Grace McGuire
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
Telephone: (303) 629-6200
Facsimile: (303) 629-0200
Email: lvalenzuela@littler.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February, 2026, a true and correct copy of

**MOTION TO WITHDRAW LIBBY R. VALENZUELA AS COUNSEL FOR DEFENDANT**

was filed and served via the CM/ECF system to the following:

Diane S. King
Marianna McLean
KING EMPLOYMENT LAW
1670 York Street
Denver, CO 80206
king@kingemploymentlaw.com
mclean@kingemploymentlaw.com

*Attorneys for Plaintiff*

*s/ Patricia Perez*
Patricia Perez